IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAI ALBERT, | § | |
| | § | |
| Defendant Below, | § | |
| Appellant, | § | No. 192, 2016 |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1503006100 |
| Plaintiff Below, | § | |
| Appellee, | § | |

Submitted: October 25, 2016
Decided: October 25, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **SEITZ**, Justices.

**O R D E R**

This 25th day of October 2016, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its well-reasoned decision dated December 3, 2015.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice

---

[1] *State v. Albert*, 2015 WL 7823393 (Del. Super. Dec. 3, 2015).